CR119-0149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | Count 1 |
| | ) | 18 U.S.C. § 371 |
| PATRICK SIADO and | ) | Conspiracy |
| OPTIMUS PRIME MARKETING, LLC | ) | |
| | ) | Counts 2–5 |
| | ) | 18 U.S.C. § 1347 |
| | ) | Health Care Fraud |
| | ) | |
| | ) | Forfeiture Allegation |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Counts 1:   Conspiracy
            18 U.S.C. § 371
- Not more than five years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

Counts 2-5:  Health Care Fraud
             18 U.S.C. § 1347
- Not more than ten years of imprisonment
- Not more than a $250,000 fine
- Not more than three years of supervised release
- $100 special assessment

(Signatures on following page)

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/ J. Thomas Clarkson*
J. Thomas Clarkson
Assistant United States Attorney
Georgia Bar Number 656069